1  Andrew K. Gordon (SBN 99714)
   Allegra A. Jones (SBN 236518)
2  **DUANE MORRIS LLP**
   One Market, Spear Tower, Suite 2000
3  San Francisco, CA 94105-1104
   Telephone: 415.957.3000
4  Facsimile: 415.957.3001
   E-Mail:    agordon@duanemorris.com
5             aajones@duanemorris.com

6  Attorneys for Defendant
   RES-CARE, INC.

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | ADELAIDA J. MATEO,              | Case No.: 3:09-cv-00230 CRB |
12 |         Plaintiff,              | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREOF** |
13 |   v.                            | |
14 | RES-CARE, INC., AND DOES 1 THROUGH 50, inclusive, | Date:    December 4, 2009 |
15 |                                 | Time:    8:30 a.m. |
   |         Defendants.             | Courtroom: 8, 19th Fl. |

DM1\1882317.1

JOINT STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE

Defendant Res-Care, Inc. ("Res-Care"), by and through its undersigned counsel, and Plaintiff, Adelaida J. Mateo ("Mateo"), by and through her undersigned counsel, hereby enter into the following Stipulation:

WHEREAS, on or about September 4, 2009, the Court set an initial Case Management Conference in this action to occur at 8:30 a.m. on December 4, 2009;

WHEREAS, Defendant's attorneys have scheduling conflicts, and are scheduled to appear in other courts during the time of the Case Management Conference on December 4, 2009;

NOW, THEREFORE, Plaintiff Adelaida J. Mateo and Defendant Res-Care, Inc. stipulate to vacate the current hearing/Case Management Conference date of December 4, 2009 and to reschedule it to of December 11, 2009 at 8:30 a.m. in Courtroom 8.

Dated: September 15, 2009            **DUANE MORRIS LLP**

By: /s/ Allegra A. Jones
Andrew K. Gordon
Allegra A. Jones
Attorneys for Defendant
RES-CARE, INC.

Dated: September 15, 2009            **THE HUSTER LAW GROUP**

By: /s/ John K. Huster
John K. Huster
Attorneys for Plaintiff
ADELAIDA J. MATEO

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September  16 , 2009            _____
United States District Court

*IT IS SO ORDERED*
Judge Charles R. Breyer