John Huster (State Bar No. 175565)
The Huster Law Group
140 Geary Street. 7th Floor
San Francisco, CA 94108
Phone: (415) 398-9700
Facsimile: (415) 520-0686
john@husterlaw.com

Attorneys for Plaintiff,
Adelaida Mateo

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELAIDA MATEO,<br><br>Plaintiff<br><br>vs.<br><br>RES-CARE INC, AND DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No.: C 09-00230 CRB<br><br>JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREOF<br><br>Date: December 11, 2009<br>Time: 8:30 a.m.<br>Courtroom: 8, 19th Fl. |

Plaintiff, Adelaida J. Mateo ("Mateo"), by and through her undersigned counsel, and Defendant Res-Care, Inc. ("Res-Care"), by and through its undersigned counsel, hereby enter into the following Stipulation:

WHEREAS, the Court previously continued the initial Case Management Conference in this action from December 4, 2009 until December 11, 2009, to accommodate a scheduling conflict for Defendant's attorneys;

WHEREAS, Plaintiff's attorney now has a scheduling conflict with the December 11, 2009, CMC date and is scheduled to appear before the 9th Circuit Court of Appeals and present

1  oral argument in Case No. 08-17260 at 9:00a.m. on December 11, 2009;

2      NOW, THEREFORE, Plaintiff Adelaida J. Mateo and Defendant Res-Care, Inc. stipulate

3  to vacate the current hearing/Case Management Conference date of December 11, 2009 and to

4  reschedule it to January 8, 2009 at 8:30 a.m. in Courtroom 8.

6  Dated: December 8, 2009              DUANE MORRIS LLP

By: _____
    Andrew K. Gordon
    Allegra A. Jones
    Attorneys for Defendant
    RES-CARE, INC.

12  Dated: December 8, 2009              THE HUSTER LAW GROUP

By: _____
    John Huster
    Attorneys for Plaintiff
    ADELAIDA J. MATEO

PURSUANT TO STIPULATION, IT IS SO ORDERED.

19  Dated: December 10, 2009

IT IS SO ORDERED
Judge Charles R. Breyer

JOINT STIPULATION TO CONTINUE THE CASE
MANAGEMENT CONFERENCE
Case No.: 3:09-cv-00230 CRB