John Huster (State Bar No. 175565)
The Huster Law Group
140 Geary Street. 7th Floor
San Francisco, CA 94108
Phone:  (415) 398-9700
Facsimile: (415) 520-0686
john@husterlaw.com

Attorneys for Plaintiff,
Adelaida Mateo

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADELAIDA MATEO,**<br><br>    **Plaintiff**<br><br>    vs.<br><br>**RES-CARE INC, AND DOES 1 THROUGH 50, inclusive,**<br><br>    **Defendants.** | Case No.:  C 09-00230 CRB<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER THEREOF**<br><br>Date:   June 4, 2010<br>Time:<br>Courtroom:    8, 19th Fl. |

Plaintiff, Adelaida J. Mateo ("Mateo"), by and through her undersigned counsel, and Defendant Res-Care, Inc. ("Res-Care"), by and through its undersigned counsel, hereby enter into the following Stipulation:

WHEREAS, the Court previously set the hearing of Defendant's motion for summary judgment for June 25, 2010 and Defendant has filed its motion for summary judgment for hearing on that date;

WHEREAS, a conflict with the hearing date has arisen for counsel for the Plaintiff, John Huster, in that Mr. Huster's good friend and colleague, James M. Robinson, is getting married in

Sun Valley Idaho on June 26, 2010, and, as a member of the wedding party, Mr. Huster is required to be in Idaho during the day on June 25, 2010 for certain pre-wedding events (a true and correct copy of the wedding invitation is attached hereto as Exhibit 1);

WHEREAS, good cause also exists for the continuance in that the parties seek to narrow the issues for hearing and need additional time to complete discovery necessary to the summary judgment motion so as to avoid undue consumption of the Court's and the parties' time;

WHEREAS, the Plaintiff Adelaida J. Mateo stipulates to dismiss with prejudice and hereby does dismiss with prejudice the First, Fourth, Fifth, Sixth, Seventh and Eighth Causes of Action and Defendant Res-Care, Inc., agrees to waive costs as to each of said causes of action;

WHEREAS, the Plaintiff agrees that Defendant may use Plaintiff's further discovery undertaken prior to the hearing on the motion for summary judgment, including, but not limited to discovery responses, including responses to Requests for Admissions, Set One, and Interrogatories, Set One, in Defendant's reply on summary judgment without objection to the use of said discovery responses.

NOW, THEREFORE, Plaintiff Adelaida J. Mateo and Defendant Res-Care, Inc. stipulate to and hereby request that the Court reschedule the hearing date on Defendant's motion for summary judgment to July 23, 2010 at 10:00 a.m. in Courtroom 8, or as soon thereafter as the Court is available.

Dated: June _4__, 2010                **DUANE MORRIS LLP**

                                By:  /S/
                                     Andrew K. Gordon
                                     Allegra A. Jones
                                     Attorneys for Defendant
                                     RES-CARE, INC.


Dated: June __4_, 2010                **THE HUSTER LAW GROUP**

                                By:  /S/
                                     John Huster
                                     Attorneys for Plaintiff
                                     ADELAIDA J. MATEO


**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The hearing on Defendant's motion for summary judgment is continued until July 23, 2010 at 10:00am., ~~or until~~ ~~_____~~.


Dated: June _04_, 2010              _____
                                     United States District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer

JOINT STIPULATION TO CONTINUE HEARING                                    3
ON SUMMARY JUDGMENT
Case No.: 3:09-cv-00230 CRB